IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TAYLOR ANTHONY BOALS                                                              PLAINTIFF
#258242

v.                                    4:23-cv-00676-JM-JJV

BROWN, Kitchen Deputy,
Pulaski County Jail, *et al.*                                                     DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe. (Doc. 15). No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

Therefore, the Amended Complaint (Doc. 4) is DISMISSED without prejudice due to a lack of prosecution, and this case is CLOSED. And it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 1st day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE