IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TAYLOR ANTHONY BOALS                                                                                         PLAINTIFF
#258242

v.                                            4:23-cv-00676-JM-JJV

BROWN, Kitchen Deputy,
Pulaski County Jail, *et al.*                                                                                DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED without prejudice, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 1st day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE